# EXHIBIT F

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Olean Wholesale Grocery Cooperative, et al.
                                                    Plaintiff,
v.                                                                  Case No.: 1:19−cv−08318
                                                                    Honorable Virginia M. Kendall
Agri Stats, Inc., et al.
                                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 3, 2020:

    MINUTE entry before the Honorable Virginia M. Kendall. Plaintiffs move to reassign this case to Judge Durkin on the grounds that the parties, claims, and facts are substantially similar to those in In re Broiler Chicken Antitrust Litigation, Case No. 16−CV−08637. Under Local Rule 40.4, a case may be reassigned to another judge if the judge to whom reassignment is sought is presiding over a related case and if each of the following factors are satisfied: (1) both cases are pending in this Court; (2) the handling of both cases by the same judge is likely to result in a substantial saving of judicial time and effort; (3) the earlier case has not progressed to the point where designating a later filed case as related would be likely to delay the proceedings in the earlier case substantially; and (4) the cases are susceptible of disposition in a single proceeding. This case and Broiler Chicken, although sharing some similarities in facts and parties, cannot reasonably be classified as related because they do not grow out of the same transaction or occurrence as required by Local Rule 40.4(a). Additionally, Broiler Chickens has proceeded much farther in litigation than this case has, so it is unlikely that reassigning the case to Judge Durkin would save any judicial resources. It is also likely that designating this case as related to Broiler Chickens will delay the proceedings in that four year−old case. The cases are also not susceptible of disposition in a single proceeding because they allege different facts about entirely different markets. Adjudicating Plaintiffs' claims in this case will require the Court to "weigh all of the circumstances of [the] case" including "specific information about the relevant business," the market structure, and purported market power of the defendants. Leegin Creative Leather Products, Inc. v. PSKS, Inc., 551 U.S. 877, 88586 (2007). That inquiry in this turkey antitrust case is entirely distinct from the inquiry required in Broiler Chickens. Accordingly, Plaintiffs' Motion to Reassign [47] is denied. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.